IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )       Criminal No. 07-357
                                )       Civil No. 10-676
LARNELL JONES                   )

O R D E R

AND NOW, this **18th day of** June, 2010, upon due
consideration of the Government's Motion for Extension of Time to
File a Response to Defendant's Motion to Vacate Under 28 U.S.C. §
2255, said Motion is hereby GRANTED and the government's response
to defendant's motion shalll be filed on or before July 19, 2010.

IT IS FURTHER ORDERED that the petitioner shall have until
August 6, 2010 to file a reply to the government's response.

s/Gary L. Lancaster
_____
GARY L. LANCASTER
**Chief** United States District Judge

cc: Soo C. Song, AUSA
    Larnell Jones